FILED

2020 Nov-16 PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| CARRIE JEAN HUFFMAN,<br>AS PERSONAL REPRESENTATIVE<br>OF THE ESTATE OF TERRY<br>TERRELL PETTIWAY, DECEASED,<br><br>    Plaintiff,<br><br>v.<br><br><br>JEFFERSON DUNN; GRANT<br>CULLIVER; EDWARD ELLINGTON;<br>KARLA JONES; DEWAYNE ESTES;<br>GWENDOLYN GIVENS; ANTHONY<br>BROOKS; CEDRIC SPECKS; KEVIN<br>WHITE; GARY MALONE; RUSSELL<br>JONES; PHILLIP DIXON; RAFAEL<br>SANTA-MARIA; ET AL.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: **4:20-CV-01293-CLM**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PARTIAL MOTION TO DISMISS

COMES NOW Jefferson Dunn, Grantt Culliver, Karla Jones, Anthony Brooks, Cedric Specks, Edward Ellington, Dewayne Estes, Gwendolyn Givens, Kevin White, Gary Malone, Russell, Rafael Santa-Maria and Phillip Dixon (hereinafter "Defendants") and submit this Motion to Dismiss the Plaintiff's Complaint. As grounds for said motion, Defendants state as follows:

1.    Plaintiff's wrongful death claim is due to be dismissed.

2.    Fictitious parties should be dismissed.

Respectfully submitted this 16th day of November 2020.

**/s/C. Richard Hill, Jr.**
C. RICHARD HILL, JR. (HIL045)
ROBERT F. NORTHCUTT (NOR15)
*Attorneys for Defendants*

OF COUNSEL:
Capell & Howard, P.C.
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8043
Facsimile:(334) 241-8243
Email:  rick.hill@chlaw.com
        bob.northcutt@chlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of November 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

Brian Earl
Julia L. Bensur
Leslie Kuhn-Thayer
Steven M. Bierman
Zachary Payne-Meili
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
bearl@sidley.com
jbensur@sidley.com
lkuhntha@sidley.com
sbierman@sidley.com
zpayne@sidley.com

Ellen Spano
2 Woodhill Drive
Maplewood, NJ  07040
Espano7@gmail.com

Gregory Kendall Smith
208 S. Akard Street, Office 3042
Dallas, TX  75202
gregoryksmith@att.com

Laura S. Gibson
WHITE ARNOLD & DOWD, P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL  35203
lgibson@whitearnolddowd.com

                              **/s/C. Richard Hill, Jr.**
                              OF COUNSEL