FILED

2020 Dec-31  AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **CARRIE JEAN HUFFMAN,** | ) |
| **AS PERSONAL REPRESENTATIVE** | ) |
| **OF THE ESTATE OF TERRY** | ) |
| **TERRELL PETTIWAY, DECEASED,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.:  4:20-CV-01293-CLM** |
| | ) |
| | ) |
| **JEFFERSON DUNN; GRANT** | ) |
| **CULLIVER; EDWARD ELLINGTON;** | ) |
| **KARLA JONES; DEWAYNE ESTES;** | ) |
| **GWENDOLYN GIVENS; ANTHONY** | ) |
| **BROOKS; CEDRIC SPECKS; KEVIN** | ) |
| **WHITE; GARY MALONE; RUSSELL** | ) |
| **JONES; PHILLIP DIXON; RAFAEL** | ) |
| **SANTA-MARIA; ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT MOTION FOR EXTENSION

**COME NOW** the parties in this matter and jointly file an unopposed motion

to extend the deadline to file a Report of the Parties' Planning Meeting.  As grounds

for said motion, the parties state as follows:

1.    The Report of the Parties Planning Meeting is due today, December 31,

2020.

2.      The Parties are very close to completing the Report but need a brief extension of time to finalize various issues.

3.      Neither party will be prejudiced by a brief extension.

4.      The parties request that they be given until January 7, 2021 to submit the Report of the Parties' Planning Meeting.

Respectfully submitted this 31st day of December 2020.

*/s/ C. Richard Hill, Jr.*
ROBERT F. NORTHCUTT (ASB-9358-T79R)
C. RICHARD HILL, JR. (ASB-0773-L72C)
JAMES N. WALTER, JR. (ASB-2722-R68J)
W. JACKSON BRITTON (ASB-8252-K46-Y)
*Attorneys for Defendants*

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8043
Facsimile:(334) 241-8243
Email:   jimmy.walter@chlaw.com
            bob.northcutt@chlaw.com
            rick.hill@chlaw.com
            jackson.britton@chlaw.com

/s/ Laura S. Gibson
LAURA S. GIBSON
Alabama Bar No. 8271-O74L
*Counsel for Plaintiff*

OF COUNSEL:
**WHITE ARNOLD & DOWD P.C.**
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
Telephone: (205) 323-1888
Email:  lgipson@whitearnolddowd.com

/s/ Steven M. Bierman
BRIAN EARL (pro hac vice)
JULIA L. BENSUR (pro hac vice)
LESLIE KUHN-THAYER (pro hac vice)
STEVEN M. BIERMAN (pro hac vice)
ZACHARY  PAYNE-MEILI  (pro  hac
vice)
*Counsel for Plaintiff*

OF COUNSEL:
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY  10019
bearl@sidley.com
jbensur@sidley.com
lkuhntha@sidley.com
sbierman@sidley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 31st day of December 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

Ellen Spano
2 Woodhill Drive
Maplewood, NJ  07040
Espano7@gmail.com

Gregory Kendall Smith
208 S. Akard Street, Office 3042
Dallas, TX  75202
gregoryksmith@att.com

4