FILED
2021 Feb-01  AM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CARRIE JEAN HUFFMAN, ) <br> AS PERSONAL ) <br> REPRESENTATIVE OF THE ) <br> ESTATE OF TERRY TERRELL ) <br> PETTIWAY, DECEASRED, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFERSON DUNN; ET AL., ) <br> ) <br>     Defendants. ) | Case No. 4:20-CV-01293-CLM |

## SCHEDULING ORDER

This order is entered based upon the scheduling conference held January 29, 2021. This order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

The dates and deadlines in this case are set forth below:

| Event | Date/Deadline |
|---|---|
| Deadline to Join Parties or Amend Pleadings | P: 05/31/2021 <br> D: 05/21/2021 |
| Rule 26(e) Supplementations | Follow Rule 26(e)(1)(A) |
| Expert Reports | P: 12/06/2021 <br> D: 01/14/2022 <br> Rebuttal: 01/28/2022 |
| Fact & Expert Discovery Complete | 02/11/2022 |

| | |
|---|---|
| Status Conference (telephone) | 03/01/2022 at 2:00 PM |
| Dispositive motions | 02/28/2022<br>*Follow Appendix II* |
| Witness and Exhibit Lists | 06/23/2022 |
| Motions in Limine | 06/30/2022 at 10:00am |
| Pretrial Conference | 06/30/2022 at 10:00am (Anniston) |
| Trial Date (Jury) | 07/25/2022 (6-9 days) (Anniston) |

The discovery limits in this case are set forth below:

| Form of Discovery | Limitations |
|---|---|
| Interrogatories | 35 each, plus 15 for Plaintiff, responses due within 60 days of service |
| Requests for Admissions | 30 each, responses due within 60 days of service |
| Requests for Production | 60 each, plus 15 for Plaintiff, responses due within 60 days of service |
| Depositions | 15 each (parties do not count), limited to 7 hours |

Please use the call-in information from today's telephone scheduling conference for future telephone conferences. All dispositive motions filed in this action, and all responses thereto, must comply with all requirements of Appendix II to this court's Uniform Initial Order, attached hereto for the parties' convenience.

This order may be modified by filing a motion that establishes good cause for the requested change.

**DONE** and **ORDERED** this 1st day of February 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE