FILED
2021 May-25  PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **CARRIE JEAN HUFFMAN,** ) | |
| **AS PERSONAL REPRESENTATIVE** ) | |
| **OF THE ESTATE OF TERRY** ) | |
| **TERRELL PETTIWAY, DECEASED,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 4:20-CV-01293-CLM |
| ) | |
| **JEFFERSON DUNN; GRANT** ) | |
| **CULLIVER; EDWARD ELLINGTON;** ) | |
| **KARLA JONES; DEWAYNE ESTES;** ) | |
| **GWENDOLYN GIVENS; ANTHONY** ) | |
| **BROOKS; CEDRIC SPECKS; KEVIN** ) | |
| **WHITE; GARY MALONE; RUSSELL** ) | |
| **JONES; PHILLIP DIXON; RAFAEL** ) | |
| **SANTA-MARIA; ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Come now the parties in the above referenced cause, by and through undersigned counsel, and jointly move to amend the Scheduling Order entered February 1, 2021 (Document 46) and state as follows:

1. The Scheduling Order sets forth the following deadlines for the parties to join parties or amend pleadings without leave of court: May 21, 2021 for Defendants and May 31, 2021 for Plaintiff.

2. The parties have engaged in initial paper discovery in this case and recognize that given the number of parties, the number of discovery requests served and that may be served in the future, the voluminous number of documents involved, the possible need for supplemental discovery, and the number of potential discovery issues related thereto, that it is in the best interest of all parties and for case management purposes to allow time for additional discovery before a deadline to join parties or to amend without leave of court.

3. Based on the above, the parties respectfully request that the Scheduling Order be amended and the deadline for the parties to join parties or amend pleadings without leave of court be extended to September 29, 2021. The parties agree that the requested extension is not intended to have any effect on the remaining deadlines in the Scheduling Order or any parties' rights and responsibilities under the Scheduling Order or the applicable rules of procedure.

Respectfully submitted this the 25th day of May, 2021.

/s/ Laura S. Gibson
LAURA S. GIBSON
Alabama Bar No. 8271-O74L
*Counsel for Plaintiff*

OF COUNSEL:
**WHITE ARNOLD & DOWD P.C.**
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
Telephone: (205) 323-1888
Email:  lgibson@whitearnolddowd.com

/s/ Steven M. Bierman
STEVEN M. BIERMAN (pro hac vice)
JULIA L. BENSUR (pro hac vice)
BRIAN EARL (pro hac vice)
LESLIE KUHN-THAYER (pro hac vice)
ZACHARY PAYNE-MEILI (pro hac vice)
*Counsel for Plaintiff*

OF COUNSEL:
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY  10019
sbierman@sidley.com
jbensur@sidley.com
bearl@sidley.com
lkuhntha@sidley.com
zpayne@sidley.com

/s/ Robert F. Northcutt
C. RICHARD HILL, JR. (HIL045)
ROBERT F. NORTHCUTT (NOR15)
JAMES N. WALTER, JR. (WAL021)
WILLIAM J. BRITTON (BRI077)
*Counsel for Defendants*

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8043
Facsimile:(334) 241-8243
Email:  rick.hill@chlaw.com
        bob.northcutt@chlaw.com
        jimmy.walter@chlaw.com
        jackson.britton@chlaw.com