# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CARRIE JEAN HUFFMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TERRY TERRELL PETTIWAY, DECEASED, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON DUNN, et al., <br><br> Defendants. | Civ. A. No.: 4:20-cv-01293-CLM |

## PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS

COMES NOW Plaintiff, through undersigned counsel, pursuant to Rule 26; Rule 34; and Rule 37(a)(3)(B)(iv) of the Federal Rules of Civil Procedure, and pursuant to the Court's grant of her Motion for Leave to File Motion to Compel, moves the Court for entry of an Order compelling Defendants to produce requested documents and related discovery, and such other and further relief as the Court may deem just and proper. The grounds for Plaintiff's Motion are set forth in the accompanying memorandum of law.

Dated: December 6, 2021

/s/ Laura S. Gibson
Laura S. Gibson
Alabama Bar No. 8271-O74L
lgibson@whitearnolddowd.com
WHITE ARNOLD & DOWD P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907

*Of Counsel:*

Steven M. Bierman, *pro hac vice*
sbierman@sidley.com
John J. Kuster, *pro hac vice* motion pending
jkuster@sidley.com
Julia Bensur, *pro hac vice*
jbensur@sidley.com
Brian Earl, *pro hac vice*
bearl@sidley.com
Leslie Kuhn-Thayer, *pro hac vice*
lkuhntha@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Gregory K. Smith, in his personal capacity, *pro hac vice*
gs8287@att.com
208 S. Akard St., Office 3042
Dallas, TX 75202
Telephone: (214) 757-3480

Ellen Spano, in her personal capacity, *pro hac vice*

2

2 Woodhill Drive
Maplewood, NJ 07040
Telephone: (973) 809-4185

*Attorneys for Plaintiff Carrie Jean Huffman,
as Personal Representative of the Estate of
Terry Terrell Pettiway, Deceased*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2021, I served a copy of the foregoing Motion to Compel Production of Documents via ECF on all counsel of record:

Charles Richard Hill, Jr.
Robert Flowers Northcutt
James Walter, Jr.
W. Jackson Britton
Capell & Howard, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, AL 36102-2069

Rick.hill@chlaw.com
Bob.northcutt@chlaw.com
Jimmy.walter@chlaw.com
Jackson.britton@chlaw.com

Stephen C. Rogers
William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, S.W.
Huntsville, AL 35801

Srogers@maynardcooper.com
blunsford@maynardcooper.com

                                                /s/ Laura S. Gibson
                                                Laura S. Gibson